STATE of Missouri, Respondent,

v.

GATLUAK CHUOL BOL, Appellant.

WD 76233

Missouri Court of Appeals,
Western District.

Order filed: November 12, 2014

Richard A. Starnes, Jefferson City, for Respondent

Emmett D. Queener, Columbia, for Appellant

Before Division Two: Victor C. Howard, Presiding Judge, James E. Welsh, Judge and Anthony Rex Gabbert, Judge

## *ORDER*

PER CURIAM:

Gatluak Bol appeals his convictions for driving while intoxicated, section 577.010, RSMo Cum.Supp.2013, and driving without a valid license, section 302.020, RSMo Cum.Supp.2013, and sentences of two years imprisonment and thirty days in the county jail, respectively. He contends that the trial court plainly erred in failing *sua sponte* to strike a police officer's testimony regarding disturbances at the houses of Sudanese males. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of convictions is affirmed. Rule 30.25(b).